# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  6:22-CR-00095-01 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| CARLOS MANUEL PEREZ-CENTELLES (01) | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After considering the official transcript (Rec. Doc. 28) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Carlos Manuel Perez-Centelles, is **ACCEPTED** and he is fully adjudged guilty of the offense charged in Count 1, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, on this 4th day of November, 2022.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE